UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ANTHONY ROBERT DUPREE,<br><br>        Plaintiff,<br>    v.<br><br>JANET NAPOLITANO, et al.,<br><br>        Defendants.<br>_____/ | No. C 11-3243 MEJ<br><br>**ORDER FOR PLAINTIFF TO FILE DISMISSAL OR STATUS REPORT** |

On June 30, 2011, Plaintiff filed the above-captioned case. As there has been no further docket activity and no indication that Defendants have been served, the Court ORDERS Plaintiff to file a dismissal or status report by May 3, 2012.

**IT IS SO ORDERED.**

Dated: April 17, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY ROBERT DUPREE,

        Plaintiff,

  v.

JANET NAPOLITANO et al,

        Defendant.

Case Number: CV11-03243 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesiros D. Bautista
Attorney at Law
310 5th Street Suite 308A
Oakland, CA 94607

Dated: April 17, 2012

                Richard W. Wieking, Clerk
                By: Rose Maher, Deputy Clerk