1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

ANTHONY ROBERT DUPREE,

                Plaintiff,

    v.

JANET NAPOLITANO, et al.,

                Defendants.

_____/

No. C 11-3243 MEJ

**ORDER FOR PLAINTIFF TO FILE**
**DISMISSAL OR STATUS REPORT**

On June 30, 2011, Plaintiff filed the above-captioned case.  As there has been no further docket activity and no indication that Defendants have been served, the Court ORDERS Plaintiff to file a dismissal or status report by May 3, 2012.

    **IT IS SO ORDERED.**

Dated: April 17, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY ROBERT DUPREE,

           Plaintiff,

  v.

JANET NAPOLITANO et al,

           Defendant.

_____/

Case Number: CV11-03243 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesiros D. Bautista
Attorney at Law
310 5th Street Suite 308A
Oakland,  CA 94607

Dated: April 17, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2