IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY ROBERT DUPREE,

    Plaintiff,

  v.

JANET NAPOLITANO, et al.,

    Defendants.
_____/

No. C 11-3243 MMC

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Before the Court is Magistrate Judge Maria-Elena James' Report and Recommendation, filed July 2, 2012, by which said Magistrate Judge recommends that the above-titled action be dismissed without prejudice. As plaintiff Anthony Robert Dupree was served by mail with the Report and Recommendation on July 2, 2012, any objections thereto were required to be filed no later than July 19, 2012. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d). To date, no objection has been filed.

    Having read and considered the procedural history of the above-titled action, the Court ADOPTS the Report and Recommendation in its entirety for the reasons expressed therein, and, accordingly, DISMISSES the above-titled action without prejudice.

    **IT IS SO ORDERED.**

Dated: July 24, 2012

_____
MAXINE M. CHESNEY
United States District Judge